# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**WILLIAM H. HORNE IV,**

    Petitioner,

v.                                Case No: 5:25-cv-133-WFJ-PRL

**WARDEN, USP COLEMAN II,**

    Respondent.

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order (Doc. 10) requiring Petitioner to file an amended petition using the Court's approved form on or before April 3, 2025. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk of Court** shall enter judgment and close this case.

DONE and ORDERED in Tampa, Florida on April 10, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Unrepresented Party